further remand to the trial court for additional proceedings not inconsistent with this opinion.

AFFIRMED IN PART; REVERSED IN PART; REMANDED.

Justice BEASLEY did not participate in the consideration or decision of this case.

---

DANIEL AND LISA HOLT, ADMINISTRATORS OF THE ESTATE OF HUNTER DANIEL HOLT; STEVEN GRIER PRICE, INDIVIDUALLY; STEVEN GRIER PRICE, ADMINISTRATOR OF THE ESTATE OF McALLISTER GRIER FURR PRICE; AND STEVEN GRIER PRICE, ADMINISTRATOR OF THE ESTATE OF CYNTHIA JEAN FURR
v.
NORTH CAROLINA DEPARTMENT OF TRANSPORTATION

No. 76A16

Filed 23 September 2016

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 781 S.E.2d 697 (2016), affirming a decision and order filed on 29 December 2014 by the North Carolina Industrial Commission. Heard in the Supreme Court on 29 August 2016.

*DeVore Acton & Stafford PA, by Fred W. DeVore, III, F. William DeVore IV, and Derek P. Adler, for Price plaintiff-appellees; and Rawls Scheer Foster & Mingo PLLC, by Amanda A. Mingo, for Holt plaintiff-appellees.*

*Roy Cooper, Attorney General, by Melody R. Hairston and Amar Majmundar, Special Deputy Attorneys General, for defendant-appellant.*

PER CURIAM.

AFFIRMED.